UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 19cr3598 JM |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING GUILTY PLEA |
| DORA GUADALUPE DePACHECO, | ) | |
| Defendant. | ) | |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Gallo are adopted and this Court accepts defendant's PLEA OF GUILTY to counts 1 and 2 of the Information filed September 16, 2019.

DATED: November 1, 2019

Hon. Jeffrey T. Miller
United States District Judge